

# IN THE
## TENTH COURT OF APPEALS

### No. 10-11-00081-CV

## EX PARTE ROBERT E. MACLAREN

**From the 278th District Court
Walker County, Texas
Trial Court No. 25493**

## MEMORANDUM OPINION

Robert E. MacLaren attempts to appeal from an order denying his affidavit of indigence. By letter dated March 29, 2011, the Clerk of this Court notified MacLaren that the appeal was subject to dismissal because it appeared that MacLaren was attempting to appeal an interlocutory order over which there is no right to appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West 2008). The Clerk also warned MacLaren that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 42.3, 44.3. We have not received a response from MacLaren.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R.

APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (West 2005); and § 51.208 (West Supp. 2010). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 4, 2011
[CV06]